IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULINA BOS and<br>CANDICE PORTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENYOMIN BLUMENKRANTZ, et al. | : | NO. 07-cv-5169-JF |

MEMORANDUM AND ORDER

Fullam, Sr. J.                                          February 6, 2008

      Plaintiffs, represented by a New Jersey attorney, have filed a 96-paragraph Complaint asserting 12 different claims for relief, against a host of defendants. A brief review of this pleading, and the record, disclosed the following problems:

      1. The attorney purportedly representing plaintiffs, Ellyn M. Epstein, of Voorhees, New Jersey, was placed on inactive status by the Pennsylvania Supreme Court (and in this Court) several years ago, and is not currently authorized to practice in this Court.

      2. The Complaint, on its face, discloses that this Court lacks subject-matter jurisdiction, since both plaintiffs, and several of the defendants, are all citizens of Pennsylvania.

      3. One of the named defendants, the City of Philadelphia Department of Licenses and Inspections, is not a suable entity. Presuming the plaintiffs intended to sue the City of Philadelphia, it should be noted that the City is immune from liability for the kind of claims asserted.

4. Several of the defendants have filed motions to dismiss or strike the Complaint. Plaintiffs have not responded to these motions.

For all of these reasons, this action will be dismissed, without prejudice to plaintiffs' right to pursue whatever valid claims they may have, in an appropriate court, either through counsel duly authorized to practice in such court, or *pro se*.

An Order follows.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAULINA BOS and<br>CANDICE PORTER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BENYOMIN BLUMENKRANTZ, et al. | : | NO. 07-cv-5169-JF |

ORDER

AND NOW, this 6th day of February, 2008, IT IS ORDERED:

1. This action is DISMISSED, for lack of subject-matter jurisdiction.

2. The dismissal is without prejudice to plaintiffs' right to pursue any valid claims they may have against one or more of the defendants, in an appropriate court, either through counsel duly authorized to practice in such court, or *pro se*.

3. Present counsel of record for plaintiffs, Ellyn M. Epstein, Esquire, shall show cause, within 30 days, why sanctions or a disciplinary referral should not be imposed against her.

BY THE COURT:

John P. Fullam, Sr. J.